**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | January 26, 2011 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No. **10-cr-00496-WYD**          Counsel:

UNITED STATES OF AMERICA,                      David M. Conner

       Plaintiff,

v.

**2.  RONNIE ANDERSON; and**                   Forrest W. Lewis
**3.  JOSHUA SCOTT**,                          Thomas J. Hammond

       Defendants.

**COURTROOM MINUTES**

**MOTION HEARING**

**9:16 a.m.**     Court in Session - Defendants present (in-custody)

              APPEARANCES OF COUNSEL.

              Court's opening remarks regarding the status of the case.

9:16 a.m.     Discussion regarding the status of the case.

              Pending motions are raised for argument.

9:18 a.m.     Argument by Government (Mr. Conner).

9:25 a.m.     Argument by Defendant Ronnie Anderson (Mr. Lewis).

| | |
|---|---|
| **ORDERED:** | Counsel shall submit a proposed form of order on Defendant Ronnie Anderson's Motion to Suppress Statements [doc. #35], filed November 17, 2010, not later than **Wednesday, February 2, 2011.** |
| **ORDERED:** | Defendant Ronnie Anderson's Motion to Suppress Statements [doc. #35], filed November 17, 2010, is **DEFERRED.** |
| 9:27 a.m. | Argument by Defendant Ronnie Anderson (Mr. Lewis). |
| 9:31 a.m. | Argument by Government (Mr. Conner). |
| **ORDERED:** | Counsel shall file a status report related to Defendant Ronnie Anderson's Amended Motion in Limine [doc. #50], filed January 20, 2011, not later than **Wednesday, February 23, 2011.** |
| **ORDERED:** | Defendant Ronnie Anderson's Amended Motion in Limine [doc. #50], filed January 20, 2011, is **DEFERRED.** |
| 9:33 a.m. | Argument by Defendant Ronnie Anderson (Mr. Lewis). |
| 9:33 a.m. | Argument by Government (Mr. Conner). |
| **ORDERED:** | Defendant Ronnie Anderson's Motion for Disclosure of 404(b) Evidence [doc. #39], filed November 18, 2010, is **GRANTED.** |
| **ORDERED:** | Government shall make 404(b) disclosures not later than **Wednesday, February 16, 2011.** |
| **ORDERED:** | Defendant Ronnie Anderson's Motion to Discover Full Terms of Agreement with Government Witness [doc. #34], filed November 17, 2010, is **GRANTED.** |
| **ORDERED:** | Government shall produce full terms of agreement of Government witnesses to counsel for defendants as it becomes known and available to the Government. |
| 9:38 a.m. | Statement by Defendant Joshua Scott (Mr. Hammond). |
| 9:38 a.m. | Discussion regarding the setting of any additional hearings. |
| **ORDERED:** | Mr. Hammond shall file a status report not later than **Wednesday, February 23, 2011.** |

**ORDERED:**   Defendants are **REMANDED** into the custody of the U.S. Marshal.

**9:40 a.m.**   Court in Recess - HEARING CONCLUDED

<u>**TOTAL TIME:   :24**</u>