UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00496-WYD

UNITED STATES OF AMERICA,

	Plaintiff,

v.

3.  JOSHUA SCOTT,

	Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

	Defendant Joshua Scott shall filed a status report on or before **Monday, April 4, 2011**, indicating whether he intends to file any pretrial motions in this case.

	Dated:  March 28, 2011