IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00496-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

3.  JOSHUA SCOTT,

       Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

       Upon review of Defendant Joshua Scott's status report, filed May 13, 2011 [ECF No. 78], Defendant Scott shall have to and including **Wednesday, May 24, 2011,** to file any pretrial motions in this case.

       Dated:  May 16, 2011