IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00496-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3.  JOSHUA SCOTT,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Defendant Scott's Unopposed Motion for Extension of Time to File Motions, filed May 24, 2011 [ECF No. 83], is **GRANTED.** Defendant Scott shall file motions, if any, on or before **Wednesday, June 1, 2011.**

Dated:  May 25, 2011