IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00496-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2. RONNIE ANDERSON, and
3. JOSHUA SCOTT,

      Defendants.

## ORDER

      Defendant Scott filed motions, as ordered, on June 1, 2011.  Although Defendant Scott filed a Motion to Suppress Evidence [ECF No. 86], a Motion for Extended Notice of the Government of 404(b) Proposed Evidence [ECF No. 87] and a Motion for Severance [ECF No. 90], no deadline was set for the filing of the Government's response.

      Furthermore, as indicated in the Government's Joint Status Report [ECF No. 88], also filed June 1, 2011, Defendant Anderson has recently been provided with the redacted DVD of his own statement, and is currently reviewing it.

      It is therefore ORDERED that the Government shall file a response to Defendant Scott's motions on or before **Monday, August 1, 2011.**

      It is further ORDERED that the parties shall file a status report regarding Defendant Anderson on or before **Monday, August 1, 2011.**

      A hearing date and/or trial date shall be set at that time.

Dated:  June 28, 2011

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge